IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DENNIS SOCHOR,

    Petitioner

vs.                              Case No. 05-61534-CIV-MARTINEZ

JAMES MCDONOUGH,

    Respondnet
_____/

## RESPONDENT'S NOTICE OF FILING

The State of Florida, by and through the undersigned attorney, hereby files this NOTICE OF FILING of the records on appeal from Petitioner's direct appeal; state habeas; and the appeal from his postconviction motion.

                                              Respectfully submitted,

                                              BILL McCOLLUM
                                              ATTORNEY GENERAL

                                              CELIA A. TERENZIO
                                              ASSISTANT ATTORNEY GENERAL
                                              Fla. Bar No. 0656879
                                              1515 N. Flagler Dr..
                                                   Suite 900
                                              West Palm Beach, Florida 33401
                                              (561) 837-5000

                                              ATTORNEY FOR APPELLEE

FILED by _____ D.C.
JUN 27 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that the foregoing document was sent by United States mail, postage prepaid, to Rachel Day Esq. OFFICE OF THE CAPITAL COLLATERAL REGIONAL COUNSEL 141 N.E. 3RD Ave. Suite 400, Fort Lauderdale, Florida 33301 this 25th day of June, 2008.

*(signature)*
Celia A. Terenzio
Assistant Attorney General

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR**                                      CASE NO. 05-61534-Civ-Martinez/Branstra

       Petitioner,

v.

**WALT MCNEIL,** Secretary
Florida Department of Corrections

       Respondent.
_____/

## INDEX OF EXHIBITS

**EXHIBITS:**   **Description**

**A (1 - 14)**   **Sochor v. State, Direct Appea,l Case No. 71,407**
        ** Record On Appeal, Vols **(A 1-7)**
        ** Supp. ROA vols **(A 8-13)**
        ** Briefs **(A 14)**

**B**   **Sochor v. Crosby, State Habeas, Case No. 02-1797**
        ** Petition for Writ of Habeas Corpus, State's Response & Reply

**C (1 - 27)**   **Sochor v. State, 3.851 Appeal, FSC Case No. SC01-885**
        ** Record On Appeal, Vols. **(C 1-16)**
        ** Supp. ROA, Vols. **(C 17-26)**
        ** Briefs **(C 27)**