UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



FILED by _____ D.C.

JUN 2 7 2008

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**DENNIS SOCHOR**                **CASE NO. 05-61534-Civ-Martinez/Branstra**

          Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

          Respondent,

_____/

## EXHIBIT A-1

Sochor  v. State, Case No. SC71, 407

Direct Appeal

Record On Appeal

**Vol. I**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**OMAR Sochor,**                                    **CASE NO. 05-61534 Civ-Martinez/Branstra**

                    Petitioner,

**v.**

**JAMES CROSBY**
Secretary, Florida Department of Corrections

                    Respondent.

_____/

**EXHIBIT A-2**

Sochor v. State, Case No. SC62-598

Direct Appeal

Record On Appeal

**Vol. II**

.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**OMAR Sochor,**                          **CASE NO. 05-61534 Civ-Martinez/Branstra**

        Petitioner,

**v.**

**JAMES CROSBY**
Secretary, Florida Department of Corrections

        Respondent.

_____/

**EXHIBIT A-3**

Sochor v. State, Case No. SC71, 407

Direct Appeal

Record On Appeal

**Vol. III**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                    **CASE NO. 05-61534 Civ-Martinez/Branstra**

Petitioner,

**v.**

**JAMES CROSBY**
Secretary, Florida Department of Corrections

Respondent.

_____/

**EXHIBIT A-4**

Sochor v. State, Case No. SC71, 407

Direct Appeal

Record On Appeal

**Vol. IV**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                    **CASE NO. 05-61534 Civ-Martinez/Branstra**

Petitioner,

**v.**

**JAMES CROSBY**
Secretary, Florida Department of Corrections

Respondent.

_____/

**EXHIBIT A-5**

Sochor v. State, Case No. SC71, 407

Direct Appeal

Record On Appeal

**Vol. V**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                                    **CASE NO. 05-61534 Civ-Martinez/Branstra**

          Petitioner,

**v.**

**JAMES CROSBY**
Secretary, Florida Department of Corrections

          Respondent.

_____/

**EXHIBIT A-6**

Sochor v. State, Case No. SC71, 407

Direct Appeal

Record On Appeal

**Vol. VI**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                    **CASE NO. 05-61534 Civ-Martinez/Branstra**

        Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

        Respondent.

_____/

**EXHIBIT A-7**

<u>Sochor v. State, Case No. SC71, 407</u>

Direct Appeal

Record On Appeal

**Vol. VII**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                    **CASE NO. 05-61534 Civ-Martinez/Branstra**

      Petitioner,

**v.**

**JAMES CROSBY**
Secretary, Florida Department of Corrections

      Respondent.

_____/

**EXHIBIT A-8**

Sochor v. State, Case No. SC71, 407

Direct Appeal

Supplemental Record On Appeal

**Vol. I**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                          **CASE NO. 05-61534 Civ-Martinez/Branstra**

        Petitioner,

**v.**

**JAMES CROSBY**
Secretary, Florida Department of Corrections

        Respondent.

_____/

**EXHIBIT A-10**

<u>Sochor v. State, Case No. SC71, 407</u>

Direct Appeal

Supplemental Record On Appeal

**Vol. III**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                    **CASE NO. 05-61534 Civ-Martinez/Branstra**

          Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

          Respondent.

_____/

**EXHIBIT A-11**

Sochor v. State, Case No. SC71, 407

Direct Appeal

Supplemental Record On Appeal

**Vol. I**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                    **CASE NO. 05-61534 Civ-Martinez/Branstra**

         Petitioner,

**v.**

**JAMES CROSBY**
Secretary, Florida Department of Corrections

         Respondent.

_____/

**EXHIBIT A-12**

Sochor v. State, Case No. SC71, 407

Direct Appeal

Supplemental Record On Appeal

**Vol. II**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION


**DENNIS SOCHOR,**                    **CASE NO. 05-61534 Civ-Martinez/Branstra**

            Petitioner,

**v.**

**JAMES CROSBY**
Secretary, Florida Department of Corrections

            Respondent.

_____/


**EXHIBIT A-13**

Sochor v. State, Case No. SC71, 407

Direct Appeal


Supplemental Record On Appeal


**Vol. I**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION


**DENNIS SOCHOR,**                          **CASE NO. 05-61534 Civ-Martinez/Branstra**

        Petitioner,

**v.**

**JAMES CROSBY**
Secretary, Florida Department of Corrections

        Respondent.

_____/


**EXHIBIT A-14**

<u>Sochor v. State, Case No. SC71, 407</u>

Direct Appeal


**Briefs**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION


**DENNIS SOCHOR,**                              **CASE NO. 05-61534 Civ-Martinez/Branstra**

       Petitioner,

**v.**

**JAMES CROSBY**
Secretary, Florida Department of Corrections

       Respondent.

_____/


**EXHIBIT B**

<u>Sochor v. State, FSC Case No. 02-1797</u>

<u>Habeas Appeal</u>


**Petition for Writ of Habeas Corpus**

**State's Response**

**Reply to State's Response**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                    **CASE NO. 05-61534 Civ-Martinez/Branstra**

           Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

           Respondent.

_____/

**EXHIBIT C - 1**

<u>Sochor v. State, FSC Case No. SC01-885</u>

<u>3.851 Appeal</u>

Record on Appeal

**Vol #: I**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION


**DENNIS SOCHOR,**                      **CASE NO. 05-61534 Civ-Martinez/Branstra**

           Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

           Respondent.

_____/


**EXHIBIT C - 2**

Sochor v. State, FSC Case No. SC01-885

3.851 Appeal


Record on Appeal

**Vol #: II**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                             **CASE NO. 05-61534 Civ-Martinez/Branstra**

        Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

        Respondent.

_____/


**EXHIBIT C - 3**

Sochor v. State, FSC Case No. SC01-885

3.851 Appeal


Record on Appeal

**Vol #: III**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                           **CASE NO. 05-61534 Civ-Martinez/Branstra**

       Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

       Respondent.

_____/

**EXHIBIT C - 4**

Sochor v. State, FSC Case No. SC01-885

3.851 Appeal

Record on Appeal

**Vol #: IV**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                               **CASE NO. 05-61534 Civ-Martinez/Branstra**

　　　　　Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

　　　　　Respondent.

_____/

**EXHIBIT C - 5**

Sochor v. State, FSC Case No. SC01-885

3.851 Appeal

Record on Appeal

**Vol #: V**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                    **CASE NO. 05-61534 Civ-Martinez/Branstra**

          Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

          Respondent.

_____/

**EXHIBIT C - 6**

Sochor v. State, FSC Case No. SC01-885

3.851 Appeal

Record on Appeal

**Vol #: VI**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                                          **CASE NO. 05-61534 Civ-Martinez/Branstra**

        Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

        Respondent.

_____/

**EXHIBIT C - 7**

Sochor v. State, FSC Case No. SC01-885

3.851 Appeal

Record on Appeal

**Vol #: VII**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                        **CASE NO. 05-61534 Civ-Martinez/Branstra**

        Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

        Respondent.

_____/

**EXHIBIT C - 8**

Sochor v. State, FSC Case No. SC01-885

3.851 Appeal

Record on Appeal

**Vol #: VIII**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                    **CASE NO. 05-61534 Civ-Martinez/Branstra**

Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

Respondent.

_____/

**EXHIBIT C - 9**

Sochor v. State, FSC Case No. SC01-885

3.851 Appeal

Record on Appeal

**Vol #: IX**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                    **CASE NO. 05-61534 Civ-Martinez/Branstra**

        Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

        Respondent.

_____/

**EXHIBIT C - 10**

Sochor v. State, FSC Case No. SC01-885

3.851 Appeal

Record on Appeal

**Vol #: X**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                    **CASE NO. 05-61534 Civ-Martinez/Branstra**

       Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

       Respondent.

_____/

**EXHIBIT C - 11**

Sochor v. State, FSC Case No. SC01-885

3.851 Appeal

Record on Appeal

**Vol #: XI**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                    **CASE NO. 05-61534 Civ-Martinez/Branstra**

        Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

        Respondent.

_____/

**EXHIBIT C - 12**

Sochor v. State, FSC Case No. SC01-885

3.851 Appeal

Record on Appeal

**Vol #: XII**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION


**DENNIS SOCHOR,**                                    **CASE NO. 05-61534 Civ-Martinez/Branstra**

        Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

        Respondent.

_____/


**EXHIBIT C - 13**

Sochor v. State, FSC Case No. SC01-885

3.851 Appeal


Record on Appeal

**Vol #: XIII**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                    **CASE NO. 05-61534 Civ-Martinez/Branstra**

       Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

       Respondent.

_____/

**EXHIBIT C - 14**

Sochor v. State, FSC Case No. SC01-885

3.851 Appeal

Record on Appeal

**Vol #: XIV**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION


**DENNIS SOCHOR,**                         **CASE NO. 05-61534 Civ-Martinez/Branstra**

        Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

        Respondent.

_____/


**EXHIBIT C - 15**

Sochor v. State, FSC Case No. SC01-885

3.851 Appeal


Record on Appeal

**Vol #: XV**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                         **CASE NO. 05-61534 Civ-Martinez/Branstra**

        Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

        Respondent.

_____/

**EXHIBIT C - 16**

<u>Sochor v. State, FSC Case No. SC01-885</u>

<u>3.851 Appeal</u>

Record on Appeal

**Vol #: XVI**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                    **CASE NO. 05-61534 Civ-Martinez/Branstra**

        Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

        Respondent.

_____/

**EXHIBIT C - 17**

Sochor v. State, FSC Case No. SC01-885

3.851 Appeal

Supplemental Record on Appeal

**Vol #: I**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                              **CASE NO. 05-61534 Civ-Martinez/Branstra**

          Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

          Respondent.

_____/

**EXHIBIT C - 18**

Sochor v. State, FSC Case No. SC01-885

3.851 Appeal

Supplemental Record on Appeal

**Vol #: II**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                     **CASE NO. 05-61534 Civ-Martinez/Branstra**

       Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

       Respondent.

_____/

**EXHIBIT C - 19**

Sochor v. State, FSC Case No. SC01-885

3.851 Appeal

Supplemental Record on Appeal

**Vol #: III**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DENNIS SOCHOR,**                          **CASE NO. 05-61534 Civ-Martinez/Branstra**

        Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

        Respondent.

_____/

**EXHIBIT C - 20**

Sochor v. State, FSC Case No. SC01-885

3.851 Appeal

Supplemental Record on Appeal

**Vol #: IV**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION


**DENNIS SOCHOR,**                          **CASE NO. 05-61534 Civ-Martinez/Branstra**

      Petitioner,

v.

**JAMES CROSBY**
Secretary, Florida Department of Corrections

      Respondent.

_____/


**EXHIBIT C - 27**

Sochor v. State, FSC Case No. SC01-885

3.851 Appeal

Briefs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. __05-CV-61534-JEM.__

- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
  consisting of (boxes, notebooks, etc.)_____
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☒ STATE COURT RECORD (Habeas Cases)
- ☐ SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ POOR QUALITY (e.g. light print, dark print, etc.)
- ☐ SURETY BOND (original or letter of undertaking)
- ☐ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☐ OTHER = _____